Jimmy Eugene HARRIS, Appellant,

v.

TUCKER UNIT THERAPEUTIC COMMUNITY STAFF; Chism, Mr., T.C. Program Leader, Tucker Unit Therapeutic Community, Arkansas Department of Correction; Lamb, Mr., T.C., Counselor, Tucker Unit Therapeutic Community, Arkansas Department of Correction; Peggy Rameriz, Ms., T.C. Program Operations Manager/Program Leader, Tucker Unit Therapeutic Community, Arkansas Department of Correction; Roger Cameron, Mr., T.C. Project Coordinator, Tucker Unit Therapeutic Community, Arkansas Department of Correction, Appellees.

No. 99–2623.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 7, 1999.

Filed: Dec. 3, 1999.

Jimmy Eugene Harris, Appellant Pro Se.

No appearance for Appellees.

Before: McMILLIAN, RICHARD S. ARNOLD, and HANSEN, Circuit Judges.

PER CURIAM.

Jimmy Eugene Harris, an Arkansas inmate, appeals from the district court's [1] dismissal of his 42 U.S.C. § 1983 complaint for failure to exhaust administrative remedies under 42 U.S.C. § 1997e(a). Having carefully reviewed the record and the parties' briefs, we affirm on the basis that Harris's complaint failed to state a claim of deliberate indifference to his medical needs by prison authorities. *See Farmer v. Brennan*, 511 U.S. 825, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994).

Accordingly, we affirm the judgment of the district court without further discussion. *See* 8th Cir.R. 47B.

---

1. The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas.